# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| AARON WARD, et al., | : | Case No. 3:18-cv-263 |
| Plaintiffs, | : | Judge Thomas M. Rose |
| v. | : | |
| MARK J. STUCKE, et al., | : | |
| Defendants. | : | |

---

**ENTRY AND ORDER DENYING MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS (DOC. 12) AS MOOT**

---

This case is before the Court on Defendants' Motion for Partial Judgment on the Pleadings (Doc. 12). Within 21 days of the filing of that Motion, Plaintiffs filed an Amended Complaint (Doc. 13). In response to the Amended Complaint, Defendants filed an Answer (Doc. 14) and a Motion for Judgment on the Pleadings Seeking Dismissal of Count One of Plaintiffs' First Amended Complaint and Dismissal of Counts II and III for Lack of Jurisdiction (Doc. 15), which is now ripe for review (*see* Docs. 17, 18.). Since the parties have proceeded on the Amended Complaint, the Court **DENIES** the Motion for Partial Judgment on the Pleadings (Doc. 12), which is directed to the original Complaint, as moot.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, February 19, 2019.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE